## DuVERNAY *v.* UNITED STATES.

No. 814.   Argued February 27, 1969.—Decided March 24, 1969.

*Benjamin E. Smith* argued the cause for petitioner. With him on the brief were *Arthur Kinoy* and *Morton Stavis.*

*John S. Martin, Jr.,* argued the cause for the United States.  With him on the brief were *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan.*

*Ann Fagan Ginger* filed a brief for the National Lawyers Guild as *amicus curiae* urging reversal.

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE FORTAS took no part in the consideration or decision of this case.